UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN CARLOS CALDERON,

            Plaintiff,

    v.

ROB BONTA, et al.,

            Defendants.

No.  2:23-cv-01971-CKD P

ORDER

Plaintiff filed a motion for extension of time to file an amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for an extension of time (ECF No. 21) is granted; and

2.  Plaintiff is granted 90 days from the date of this order in which to file an amended complaint.  No further extensions of time will be granted.

Dated:  January 10, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/cald1971.36

1