UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS CALDERON, | No. 2:23-cv-01971-CKD |
| Plaintiff, | |
| v. | FINDINGS & RECOMMENDATIONS |
| ROB BONTA, et al., | |
| Defendants. | |

By order filed December 1, 2023, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. In the same order, plaintiff was cautioned against filing excessive motions. ECF No. 18 at 5. Plaintiff was specifically informed that filing additional motions without amending his complaint would result in those motions being struck from the docket as filed in violation of a court order. Id. Since that time, plaintiff has filed three additional motions, one separate "notice," and two letters to the court. ECF Nos. 23-28.

By order dated January 10, 2024, plaintiff was granted an extension of 90 days to file an amended complaint. The extended deadline has now passed, and plaintiff has not filed an amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motions filed after service of the December 1, 2023 order (ECF Nos. 23, 26, 27) are stricken from the docket as filed in violation of this court's order.

1

    2. The Clerk of Court shall randomly assign this matter to a district court judge.

IT IS FURTHER RECOMMENDED that:

1. This action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

2. All pending motions filed prior to December 1, 2023 be denied as moot (ECF Nos. 11, 13, 15-17).

3. The Clerk of the Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: April 16, 2024

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/cald1971.fta

2