UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS CALDERON,<br><br>   Plaintiff,<br><br>   v.<br><br>ROB BONTA, et al.,<br><br>   Defendants. | No.  2:23-cv-01971-KJM-CKD P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 16, 2024, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  F&Rs, ECF. No. 29.  Plaintiff has filed objections to the findings and recommendations.  *See* Objs., ECF No. 31.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court declines to adopt the findings and recommendations as explained below.

In the findings and recommendations, the magistrate judge finds plaintiff had not filed an amended complaint by the extended deadline she provided.  F&Rs at 1:24-25.  With his objections, plaintiff provides a cover letter, which the court construes as part of the objections

1

themselves.  In the cover letter, plaintiff says he did file an amended complaint in January 2024. *See* Objs. at 1.  After reviewing the docket, the court finds plaintiff did timely file an amended complaint, in a document that also incorporates, at the end, motions for appointment of counsel and injunctive relief.  *See* Am. Compl. (Jan. 22, 2024), ECF No. 23 (appearing on docket with contents listed in reverse order as "Motion to Appoint Counsel, Motion for Injunctive Relief and First Amended Prisoner Civil Rights Complaint").  While the magistrate judge struck this filing, it appears she did so with the understanding the document contained only motions.  *See* F&Rs at 1:21-22, 27-28.  Given a close reading of the document plaintiff filed as an amended complaint, and taking account of plaintiff's pro se status, the court finds plaintiff has satisfied the magistrate judge's requirement that he file an amended complaint as the next step for this case to move forward, even as he also has filed additional documents that appear to violate the magistrate judge's directives.  Order, ECF No. 18 at 4-6.  Nothing in this order disturbs the magistrate judge's striking of only motions filed after service of her December 1, 2023 order.  F&Rs at 1:27-28.  The case is referred back to the magistrate judge for consideration of the amended complaint and whether she continues to recommend the pending motions filed prior to December 1, 2023 be denied as moot.

Accordingly, IT IS HEREBY ORDERED that:

1. The court declines to adopt the findings and recommendations (ECF No. 29).

2. This action is referred back to the magistrate judge for further proceedings.

DATED: September 10, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE