UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS CALDERON,<br><br>  Plaintiff,<br><br>  v.<br><br>ROB BONTA, et al.,<br><br>  Defendants. | No. 2:23-cv-01971-DC-CKD (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 11, 13, 15, 16, 17, 31, 33, 38) |

Plaintiff, a state prisoner proceeding *pro se*, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 13, 2024, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 33.) On September 30, 2024, Plaintiff filed objections to the pending findings and recommendations. (ECF No. 34.) Plaintiff's objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the court finds the findings and recommendations to be supported

1

1   by the record and by proper analysis.

2       Accordingly, IT IS HEREBY ORDERED that:

3       1.    The findings and recommendations (ECF No. 33) are ADOPTED in full;

4       2.    Plaintiff's first amended complaint (ECF No. 23) is DISMISSED without leave to

5       amend for failure to state a claim;

6       3.    Plaintiff's motion for reconsideration (ECF No. 31) is DENIED as moot;

7       4.    Plaintiff's motions for equitable and injunctive relief (ECF Nos. 11, 13, 15, 16, 17)

8       are DENIED as moot;

9       5.    Plaintiff's request for judgment (ECF No. 38) is DENIED as moot; and

10      6.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 4, 2025**

Dena Coggins
United States District Judge